| | |
|---|---|
| 1 | Michael Sanderson Lawson, SBN: 48172 |
|   | City Attorney |
| 2 | CITY OF EAST PALO ALTO |
|   | 2415 University Avenue |
| 3 | East Palo Alto, CA 94303 |
|   | Telephone: (650) 853-5921 |
| 4 | Facsimile: (650) 853-5923 |

Benjamin P. Fay, SBN: 178856
Rick W. Jarvis, SBN: 154479
JARVIS, FAY & DOPORTO, LLP
475 - 14th Street, Suite 260
Oakland, CA 94612
Telephone:    (510) 238-1400
Facsimile:    (510) 238-1404
rjarvis@jarvisfay.com
bfay@jarvisfay.com

Attorneys for Defendant
CITY OF EAST PALO ALTO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO MOBILE ESTATES ASSOCIATES, a California limited partnership, | CASE NO:   C 07-03601 EDL |
| Plaintiff, | **NOTICE OF UNAVAILABILITY OF COUNSEL** |
| v. | |
| CITY OF EAST PALO ALTO, a municipal corporation; DOES 1 through 10, inclusive, | Superior Court Action Filed: June 12, 2007 |
| | Removed to Federal Court: July 12, 2007 |
| Defendants. | Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Benjamin P. Fay and Rick W. Jarvis, attorneys of record for Defendant City of East Palo Alto, will be unavailable for all purposes, including but not limited to, receiving notice of any kind, appearances, or responding to ex-parte applications from Monday,

///

///

1  October 1, 2007 to and including Monday, October 8, 2007, due to pre-paid vacation travel outside of
2  the United States.

4  Dated: August 31, 2007                          JARVIS, FAY & DOPORTO, LLP

6                                                  By: /s/ Benjamin P. Fay
                                                       Benjamin P. Fay
                                                   Attorneys for Defendant
7                                                  CITY OF EAST PALO ALTO

8  J:\Clients\103 [E. Palo Alto]\010 (Palo Mobile Estates Complaint (Fed))\Plead\Notice of Unavailability of Counsel 083007.wpd