UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PALO MOBILE ESTATES ASSOCIATES,

                Plaintiff(s),

                v.

CITY OF EAST PALO ALTO, et al.,

                Defendant(s).
_____/

CASE NO. C 07-03601 EDL

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process
✓   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference   October 16, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Benjamin P. Fay | City of East Palo Alto | (510) 238-1400 | bfay@jarvisfay.com |
| Thomas W. Casparian | Palo Mobile Estates Associates | (310) 393-4000 | tcasparian@gilchristrutter.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 09/19/07                                          /s/Thomas W. Casparian
                                                                     Attorney for Plaintiff

Dated: 09/17/07                                          /s/Benjamin P. Fay
                                                                     Attorney for Defendant