UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Palo Mobile Estates Associates,

    Plaintiff(s),

v.

City of East Palo Alto, et al.

    Defendant(s).

No. C 07-03601

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 9, 2007

Yen N. Nguyen
_____
Signature
Counsel for Plaintiff
(Plaintiff, Defendant, or indicate "pro se")

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1299 Ocean Avenue, Suite 900, Santa Monica, California 90401-1000. On October 11, 2007, I served the within documents:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

[ ]  by transmitting the document(s) listed above via facsimile from sending facsimile machine number to the fax number(s) set forth below on this date before 5:00 p.m. and receiving confirmed transmission reports indicating that the document(s) were successfully transmitted.

[X]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Monica, California, addressed as set forth below.

[ ]  by causing overnight delivery by of the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]  by causing personal delivery by of the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[X]  *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ]  *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 11, 2007 at Santa Monica, California.

_____
M.L. Glenn

LAW OFFICES
GILCHRIST & RUTTER
PROFESSIONAL CORPORATION
1299 OCEAN AVENUE, SUITE 900
SANTA MONICA, CALIFORNIA 90401-1000
TEL (310) 393-4000 • FAX (310) 394-4700

[TWC:ja/148317_1.DOC/101007/4604.001]

## SERVICE LIST

| | |
|---|---|
| Benjamin P. Fay, Esq.<br>Rick W. Jarvis, Esq.<br>Jarvis Fay & Doporto, LLP<br>475 14th Street, Suite 260<br>Oakland, CA  94612<br>Telephone:  (510) 238-1400<br>Facsimile:   (510) 238-1404 | Attorneys for Respondent<br>*City of East Palo Alto* |
| Michael Sanderson Lawson, Esq.<br>City Attorney<br>City of East Palo Alto<br>2415 University Avenue<br>East Palo Alto, CA  94303<br>Telephone:  (650) 853-5921<br>Facsimile:   (650) 853-5923 | Attorneys for Respondent<br>*City of East Palo Alto* |
| Lanelle K. Meidan, Esq.<br>Lisa S. Chen, Esq.<br>Nelson R. Richards, Esq.<br>525 University Avenue, Suite 1100<br>Palo Alto, CA  94301<br>Telephone: (650) 470-4589<br>Facsimile:  (650) 470-4570 | Attorneys for Intervenor<br>*Homeowners Association of Palo Mobile Estates* |

[TWC:ja/148317_1.DOC/101007/4604.001]                               -2-