UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PALO MOBILE ESTATES ASSOCIATES,

    Plaintiff,

    v.

CITY OF EAST PALO ALTO,

    Defendant.
_____/

No. C 07-3601 PJH

**ORDER TO SHOW CAUSE**

TO DEFENDANT CITY OF EAST PALO ALTO:

YOU ARE HEREBY ORDERED TO SHOW CAUSE IN WRITING no later than Friday, November 2, 2007, why the above-entitled action should not be remanded to the Superior Court of California, County of San Mateo, for lack of subject matter jurisdiction, in light of Williamson County Regional Planning Comm'n v. Hamilton Bank of Johnson County, 473 U.S. 172 (1985).

**IT IS SO ORDERED.**

Dated: October 19, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge