RICHARD H. CLOSE (Bar No. 50298)
THOMAS W. CASPARIAN (Bar No. 169763)
YEN N. NGUYEN (Bar No. 233880)
GILCHRIST & RUTTER
Professional Corporation
Wilshire Palisades Building
1299 Ocean Avenue, Suite 900
Santa Monica, California 90401-1000
Telephone: (310) 393-4000
Facsimile: (310) 394-4700

Attorneys for Petitioner Palo Mobile Estates Associates

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO MOBILE ESTATES ASSOCIATES, a California limited partnership,<br><br>Petitioner,<br><br>vs.<br><br>CITY OF EAST PALO ALTO, a municipal corporation; DOES 1 through 10, inclusive,<br><br>Respondents. | CASE NO:  C 07-03601 PJH<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>(Local Rule 3-16)<br><br>Superior Court Action Filed: June 12, 2007<br>Removed to Federal Court: July 12, 2007<br>Trial Date: None Set |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

The following persons, associations of persons, firms, partnerships, corporations are all partners in petitioner Palo Mobile Estates Associates:

1.  Allene Kirchner

2.  Coletta S. Sitney & Jan M. Miller

3.   Trustees, U/T/D/ DTD 10/9/87

4.   Betty Watson

5.   Lawrence Small & Florence Small, As Joint Tenants WROS

6.   Harold Pat Paterson

7.   Glen R. Johnson & Julie Dees Johnson, TTEES Johnson Family Trust dtd 9/30/99

8.   The 2005 Ellis Family Trust, H. James Ellis & Vicki M. Ellis, TTEES

9.   Bypass Trust of the MJAK Family Trust, Patrick B. Impett, Trustee

10.  Wendy Robinson

11.  Seena N. Hoose Separate Property Trust, Seena N. Hoose, Trustee

12.  Gary Light, Trustee for Vic Hubbard, Speed & Marina Corp., PST

13.  Alice M. Brady

14.  Douglas Kirchner

15.  Diane Kirchner Scott

16.  Jan Kirchner Carrier

17.  Ira & Jeanne Andersen Trust 82749

18.  Ronya Robinson

19.  Sandra Osborn

20.  Jean Walter

DATED: October 25, 2007

GILCHRIST & RUTTER
Professional Corporation

By: _____
Yen N. Nguyen
Attorneys for Petitioner Palo Mobile
Estates Associates

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1299 Ocean Avenue, Suite 900, Santa Monica, California 90401-1000. On October 25, 2007, I served the within documents:

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

[ ]   by transmitting the document(s) listed above via facsimile from sending facsimile machine number to the fax number(s) set forth below on this date before 5:00 p.m. and receiving confirmed transmission reports indicating that the document(s) were successfully transmitted.

[X]   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Monica, California, addressed as set forth below.

[ ]   by causing overnight delivery by of the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]   by causing personal delivery by of the document(s) listed above to the person(s) at the address(es) set forth below.

[ ]   by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]   *(State)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[x]   *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 25, 2007 at Santa Monica, California.

_____
M.L. Glenn

[TWC:ja/148317_1.DOC/101007/4604.001]

## SERVICE LIST

| | |
|---|---|
| Benjamin P. Fay, Esq.<br>Rick W. Jarvis, Esq.<br>Jarvis Fay & Doporto, LLP<br>475 14th Street, Suite 260<br>Oakland, CA  94612<br>Telephone:  (510) 238-1400<br>Facsimile:   (510) 238-1404 | Attorneys for Respondent<br>*City of East Palo Alto* |
| Michael Sanderson Lawson, Esq.<br>City Attorney<br>City of East Palo Alto<br>2415 University Avenue<br>East Palo Alto, CA  94303<br>Telephone:  (650) 853-5921<br>Facsimile:   (650) 853-5923 | Attorneys for Respondent<br>*City of East Palo Alto* |

[TWC:ja/148317_1.DOC/101007/4604.001]                               -2-