Michael Sanderson Lawson, SBN: 48172
City Attorney
CITY OF EAST PALO ALTO
2415 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 853-5921
Facsimile:  (650) 853-5923

Benjamin P. Fay, SBN: 178856
Rick W. Jarvis, SBN: 154479
JARVIS, FAY & DOPORTO, LLP
475 - 14th Street, Suite 260
Oakland, CA 94612
Telephone:     (510) 238-1400
Facsimile:      (510) 238-1404
bfay@jarvisfay.com
rjarvis@jarvisfay.com

Attorneys for Defendant
CITY OF EAST PALO ALTO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO MOBILE ESTATES ASSOCIATES, a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EAST PALO ALTO, a municipal corporation; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO:   C 07-03601 PJH<br><br>DEFENDANT CITY OF EAST PALO ALTO'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS BRIEF RE ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED TO THE SUPERIOR COURT OF SAN MATEO COUNTY FOR LACK OF SUBJECT MATTER JURISDICTION<br><br>Superior Court Action Filed: June 12, 2007<br>Removed to Federal Court: July 12, 2007<br>Trial Date: None Set |

The Defendant City of East Palo Alto hereby requests that this Court take judicial notice of an order and a judgment of the Superior Court of the County of San Mateo from the case of *Palo Mobile Estates Associates v. City of East Palo Alto*, San Mateo County Superior Court Case Number CIV 463681, which is the action in which the Plaintiff Palo Mobile Estates Associates ("PME") sought a writ of mandate to invalidate the City of East Palo Alto's temporary moratorium on applications to

1 | convert rental mobilehome parks into resident-owned mobilehome parks — the same moratorium that
2 | PME challenges in this action before this court. This is the companion action that PME filed in the
3 | San Mateo County Superior Court at the same time that it filed the action that is presently before this
4 | Court.

5 |     Judicial notice of these two documents is appropriate under *U.S. ex rel. Robinson Rancheria*
6 | *Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992), which provides that a federal court
7 | "may take notice of proceedings in other courts, both within and without the federal judicial system, if
8 | those proceedings have a direct relation to matters at issue."

9 |     The order of which the City asks this Court to take judicial notice is the "Order Denying
10 | Motion for Writ of Mandate," entered August 27, 2007. A true and correct copy of this order is
11 | attached hereto as Exhibit "A."

12 |     The judgment of which the City asks this Court to take judicial notice is the "Judgment in
13 | Favor of Respondent City of East Palo Alto and Against Petitioner Palo Mobile Estates Associates,"
14 | entered October 22, 2007. A true and correct copy of this judgment is attached hereto as Exhibit "B."

Dated: November 2, 2007

JARVIS, FAY & DOPORTO, LLP

By:  /s/Benjamin P. Fay
Benjamin P. Fay
Attorneys for Defendant
CITY OF EAST PALO ALTO

J:\Clients\103 [E. Palo Alto]\010 (Palo Mobile Estates Complaint (Fed))\Plead\Request for Judicial Notice 110207.wpd

| | |
|---|---|
| 1  Michael Sanderson Lawson, SBN: 48172<br>    City Attorney<br>2  CITY OF EAST PALO ALTO<br>    2415 University Avenue<br>3  East Palo Alto, CA 94303<br>    Telephone: (650) 853-5921<br>4  Facsimile:  (650) 853-5923<br>    mlawson@cityofepa.org | **ENDORSED FILED**<br>**SAN MATEO COUNTY**<br><br>AUG 2 7 2007<br><br>Clerk of the Superior Court<br>By ___F. MORNEAU___<br>        DEPUTY CLERK |

5

6  Benjamin P. Fay, SBN: 178856
    Rick W. Jarvis, SBN: 154479
7  JARVIS, FAY & DOPORTO, LLP
    475 - 14th Street, Suite 260
    Oakland, CA 94612
8  Telephone:   (510) 238-1400
    Facsimile:    (510) 238-1404
9  bfay@jarvisfay.com
    rjarvis@jarvisfay.com
10

11  Attorneys for Respondent
    CITY OF EAST PALO ALTO

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## IN AND FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| PALO MOBILE ESTATES ASSOCIATES, a California limited partnership,<br><br>            Petitioner,<br><br>v.<br><br>CITY OF EAST PALO ALTO, a municipal corporation; DOES 1 through 10, inclusive,<br><br>            Respondents. | CASE NO:   CIV 463681<br><br>[~~proposed~~] ORDER DENYING MOTION FOR WRIT OF MANDATE<br><br>Time: 9:00 a.m.<br>Date: July 20, 2007<br>Dept: 25<br>Judge: Hon. Joseph C. Scott<br><br>Action Filed: June 12, 2007<br>Trial Date: None Set |

    The motion for writ of mandate brought by Petitioner PALO MOBILE ESTATES ASSOCIATES came on for hearing in Department 25 of this Court on July 20, 2007 at approximately 9:30 a.m., the Honorable Joseph C. Scott presiding.

    Thomas W. Casparian, of Gilchrist & Rutter, appeared on behalf of Petitioner PALO MOBILE ESTATES ASSOCIATES.

---

Order Denying Motion for Writ of Mandate                                               CASE NO:  CIV 463681

1

**EXHIBIT A**

1   Benjamin P. Fay, of Jarvis, Fay & Doporto, LLP, and Michael S. Lawson, the City Attorney of
2   the City of East Palo Alto, appeared on behalf of Respondent CITY OF EAST PALO ALTO.
3   In this motion, Petitioner PALO MOBILE ESTATES ASSOCIATES sought a peremptory writ
4   of mandate to compel the CITY OF EAST PALO ALTO (1) to vacate the moratorium on the
5   conversion of mobilhome parks to resident ownership in the CITY and (2) to resume approval of
6   subdivision applications for conversions of mobilehome parks to resident ownership within the CITY.
7   The Court has heard the arguments of counsel and has read and considered the pleadings filed
8   in this matter. Good cause appearing, the Court now rules as follows:
9   The motion is denied without prejudice to renew because the claim is not ripe and the
10  moratorium will expire on July 27, 2007.

12  IT IS SO ORDERED

14  Dated: __AUG 2 1 2007__          ___JOSEPH C. SCOTT___
                                      JUDGE OF THE SUPERIOR COURT

18  Approved as to Form:

20  Dated: __July 26, 2007__

                                      GILCHRIST & RUTTER

                                      By: _____
                                      Thomas W. Casparian
                                      Attorneys for Petitioner PALO MOBILE
                                      ESTATES ASSOCIATES

J:\Clients\103 [E. Palo Alto]\009 (Palo Mobile Estates Writ)\Plead\Motion for Writ (proposed order).wpd

---

Order Denying Motion for Writ of Mandate                            CASE NO: CIV 463681

2

| | |
|---|---|
| 1 | Michael Sanderson Lawson, SBN: 48172<br>City Attorney |
| 2 | CITY OF EAST PALO ALTO<br>2415 University Avenue |
| 3 | East Palo Alto, CA 94303<br>Telephone: (650) 853-5921 |
| 4 | Facsimile: (650) 853-5923 |
| 5 | mlawson@cityofepa.org |
| 6 | Benjamin P. Fay, SBN: 178856<br>Rick W. Jarvis, SBN: 154479 |
| 7 | JARVIS, FAY & DOPORTO, LLP<br>475 - 14th Street, Suite 260 |
| 8 | Oakland, CA 94612<br>Telephone:   (510) 238-1400 |
| 9 | Facsimile:    (510) 238-1404<br>bfay@jarvisfay.com |
|   | rjarvis@jarvisfay.com |

ENDORSED FILED
SAN MATEO COUNTY

OCT 2 2 2007

Clerk of the Superior Court
By ___M. Javillonar___
DEPUTY CLERK

Attorneys for Respondent
CITY OF EAST PALO ALTO

### SUPERIOR COURT OF THE STATE OF CALIFORNIA

### IN AND FOR THE COUNTY OF SAN MATEO

| | |
|---|---|
| PALO MOBILE ESTATES ASSOCIATES, a California limited partnership,<br><br>          Petitioner,<br><br>v.<br><br>CITY OF EAST PALO ALTO, a municipal corporation; DOES 1 through 10, inclusive,<br><br>          Respondents. | CASE NO:   CIV 463681<br><br>**JUDGMENT IN FAVOR OF RESPONDENT CITY OF EAST PALO ALTO AND AGAINST PETITIONER PALO MOBILE ESTATES ASSOCIATES**<br><br>Action Filed: June 12, 2007<br>Trial Date: None Set |

The Verified Petition for Writ of Mandate, filed by the Petitioner PALO MOBILE ESTATES ASSOCIATES on June 12, 2007, asserts one cause of action: a petition for a writ of mandate under section 1085 of the Code of Civil Procedure.

Accordingly, the Petitioner PALO MOBILE ESTATES ASSOCIATES brought a motion for a writ of mandate. On July 20, 2007, the motion for writ of mandate came on for hearing in Department

25 of this Court before the Honorable Joseph C. Scott. Thomas W. Casparian, of Gilchrist & Rutter, appeared on behalf of Petitioner PALO MOBILE ESTATES ASSOCIATES. Benjamin P. Fay, of Jarvis, Fay & Doporto, LLP, and Michael S. Lawson, the City Attorney of the City of East Palo Alto, appeared on behalf of Respondent CITY OF EAST PALO ALTO.

On August 27, 2007, the Court entered an order denying the writ without prejudice "because the claim is not ripe and the moratorium will expire on July 27, 2007." Notice of entry of this order was served on August 29, 2007. This order resolved the only cause of action in the Petition, and therefore it is now appropriate to enter judgment.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of the Respondent CITY OF EAST PALO ALTO and against the Petitioner PALO MOBILE ESTATES ASSOCIATES.

Dated: OCT 1 6 2007

**JOSEPH C. SCOTT**

HON. JOSEPH C. SCOTT
Judge of the Superior Court

Approved as to Form:

Dated: Oct. 12, 2007

GILCHRIST & RUTTER

By: _____
Thomas W. Casparian
Attorneys for Petitioner PALO MOBILE
ESTATES ASSOCIATES

J:\Clients\103 [E. Palo Alto]\009 (Palo Mobile Estates Writ)\Plead\Judgment.wpd

2

Judgment in Favor of City of East Palo Alto and Against Palo Mobile Estates Associates   CASE NO: CIV 463681