UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** December 6, 2007  **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-3601 PJH

**Case Name:** Palo Mobile Estates Associates v. City of East Palo Alto

**Attorney(s) for Plaintiff:**   No appearance
**Attorney(s) for Defendant:**   Benjamin P. Fay

**Deputy Clerk**: Nichole Heuerman      **Court Reporter**: Not Reported

**PROCEEDINGS**

    Initial Case Management Conference-Held. Defense counsel specially appears on behalf of plaintiff counsel. The parties joint request to stay discovery pending state mandate proceedings is granted by the court. Defense counsel informs the court that they are hopeful the state court hearing will be held in March of 2008. The court sets a Further Case Management Conference on 4/17/08 at 2:30 p.m. A joint case management conference statement shall be filed by 4/10/08.

**Order to be prepared by:**   [] Pl [] Def [] Court

**Notes:**

**cc:** file