Valerie J. Armento, SBN: 78717
Interim City Attorney
Rafael E. Alvarado, Jr., SBN: 247904
Assistant City Attorney
CITY OF EAST PALO ALTO
2415 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 853-3100
Facsimile:  (650) 853-5923
varmento@cityofepa.org
ralvarado@cityofepa.org

Benjamin P. Fay, SBN: 178856
Rick W. Jarvis, SBN: 154479
JARVIS, FAY & DOPORTO, LLP
475 - 14th Street, Suite 260
Oakland, CA 94612
Telephone:    (510) 238-1400
Facsimile:    (510) 238-1404
rjarvis@jarvisfay.com
bfay@jarvisfay.com

Attorneys for Defendant
CITY OF EAST PALO ALTO

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALO MOBILE ESTATES ASSOCIATES, a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF EAST PALO ALTO, a municipal corporation; DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO:    C 07-03601 PJH<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**<br><br>Superior Court Action Filed: June 12, 2007<br>Removed to Federal Court: July 12, 2007<br>Trial Date: None Set |

    WHEREAS, at the request of the parties, the Court continued for 60 days the Case Management Conference that was scheduled for April 17, 2008 to allow time for the San Mateo County Superior Court to issue its decision on the petition for a writ of mandate that addresses the

1  validity under state law of the Ordinance the Plaintiff challenges in this action;

2  WHEREAS, the Case Management Conference was rescheduled to June 19, 2008 at 2:30 p.m.;

3  WHEREAS, the lead attorney for the Defendant CITY OF EAST PALO ALTO, Benjamin P. Fay, has an existing scheduling conflict with June 19, 2008, and the lead attorney for the Plaintiff PALO MOBILE ESTATES ASSOCIATES, Thomas W. Casparian, has an existing scheduling conflict with June 12, 2008;

The parties hereby respectfully request that the Court reschedule the Case Management Conference in this case to June 26, 2008 at 2:30 p.m.

IT IS SO STIPULATED:

Dated: April 21, 2008         GILCHRIST & RUTTER

By: /s/ Thomas W. Casparian
    Thomas W. Casparian
Attorneys for Plaintiff
PALO MOBILE ESTATES ASSOCIATES

Dated: April 21, 2008         JARVIS, FAY & DOPORTO, LLP

By: /s/ Benjamin P. Fay
    Benjamin P. Fay
Attorneys for Defendant
CITY OF EAST PALO ALTO

1 **ORDER**

2     PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

3     The Case Management Conference in this case that is currently set for June 19, 2008 at 2:30 p.m. shall be rescheduled to June 26, 2008 at 2:30 p.m.

5     A Case Management Conference Statement shall be filed by June 19, 2008.

7 DATED: _____        _____

8                                           Honorable Phyllis J. Hamilton
Judge, United States District Court