| | |
|---|---|
| 1 | Valerie J. Armento, SBN: 78717 |
| 2 | Interim City Attorney<br>Rafael E. Alvarado, Jr., SBN: 247904 |
| 3 | Assistant City Attorney<br>CITY OF EAST PALO ALTO |
| 4 | 2415 University Avenue<br>East Palo Alto, CA 94303 |
| 5 | Telephone: (650) 853-3100 |
| 6 | Facsimile:  (650) 853-5923<br>varmento@cityofepa.org |
| 7 | ralvarado@cityofepa.org |
| 8 | Benjamin P. Fay, SBN: 178856 |
| 9 | Rick W. Jarvis, SBN: 154479<br>JARVIS, FAY & DOPORTO, LLP |
| 10 | 475 - 14th Street, Suite 260<br>Oakland, CA 94612 |
| 11 | Telephone:    (510) 238-1400 |
| 12 | Facsimile:      (510) 238-1404<br>rjarvis@jarvisfay.com |
| 13 | bfay@jarvisfay.com |
| 14 | Attorneys for Defendant<br>CITY OF EAST PALO ALTO |
| 15 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PALO MOBILE ESTATES ASSOCIATES,<br>a California limited partnership,<br><br>            Plaintiff,<br><br>v.<br><br>CITY OF EAST PALO ALTO, a municipal<br>corporation; DOES 1 through 10, inclusive,<br><br>            Defendants. | CASE NO:    C 07-03601 PJH<br><br>**STIPULATION TO CONTINUE CASE<br>MANAGEMENT CONFERENCE;<br>[PROPOSED] ORDER**<br><br>Superior Court Action Filed: June 12, 2007<br>Removed to Federal Court: July 12, 2007<br>Trial Date: None Set |

    WHEREAS, at the Case Management Conference on December 6, 2007, the Court stayed this matter at the request of both parties pending the outcome of the concurrent petition for a writ of

---

Stipulation and Order to Continue Case Management Conference        1        Case No. C 07-03601 PJH

1  mandate in the San Mateo County Superior Court, Case No. CIV 467731, ("State Court Action") and
2  continued the Case Management Conference to April 17, 2008;

3  WHEREAS, a hearing on the writ in the State Court Action was heard on April 11, 2008, but
4  because a decision was not issued by the San Mateo County Superior Court this Court continued the
5  Case Management Conference to June 26, 2008;

6  WHEREAS, on May 28, 2008, the San Mateo County Superior Court issued a tentative
7  decision that would order the issuance of a preemptory writ of mandate that would direct the City of
8  East Palo Alto to repeal certain portions of the ordinance that has been challenged in both the State
9  Court Action and this action;

10  WHEREAS, the next step in the State Court Action will be the issuance of a Statement of
11  Decision, followed by a Judgment, and then a Writ;

12  WHEREAS, following the service of Notice of Entry of the Judgment in the State Court
13  Action, either party will have 60 days to file a Notice of Appeal of the judgment.

14  THEREFORE, the Plaintiff PALO MOBILE ESTATES ASSOCIATES and the Defendant
15  CITY OF EAST PALO ALTO hereby stipulate and respectfully request through their respective
16  counsel that the stay in this action be continued and that the Case Management Conference currently
17  scheduled for June 26, 2008 at 2:30 p.m. be continued to October 16, 2008 at 2:30 p.m and that a
18  further Case Management Conference Statement shall be filed by October 9, 2008.

19  IT IS SO STIPULATED:

20  Dated: June 11, 2008                    GILCHRIST & RUTTER

22                                          By:    /s/ Thomas W. Casparian
                                                   Thomas W. Casparian
23                                          Attorneys for Plaintiff
                                            PALO MOBILE ESTATES ASSOCIATES

25  Dated: June 11, 2008                    JARVIS, FAY & DOPORTO, LLP

27                                          By:    /s/ Benjamin P. Fay
                                                   Benjamin P. Fay
                                            Attorneys for Defendant
28                                          CITY OF EAST PALO ALTO

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

The Case Management Conference in this case that is currently set for June 26, 2008 at 2:30 p.m. shall be rescheduled to October 16, 2008 at 2:30 p.m.

A Case Management Conference Statement shall be filed by October 9, 2008.

DATED: _____          _____
                                                              Hon. Phyllis J. Hamilton
                                                              JUDGE OF THE UNITED STATES
                                                              DISTRICT COURT