1  Valerie J. Armento, SBN: 78717
   Interim City Attorney
2  Rafael E. Alvarado, Jr., SBN: 247904
3  Assistant City Attorney
   CITY OF EAST PALO ALTO
4  2415 University Avenue
   East Palo Alto, CA 94303
5  Telephone: (650) 853-3100
6  Facsimile: (650) 853-5923
   varmento@cityofepa.org
7  ralvarado@cityofepa.org

8  Benjamin P. Fay, SBN: 178856
9  Rick W. Jarvis, SBN: 154479
   JARVIS, FAY & DOPORTO, LLP
10 475 - 14th Street, Suite 260
   Oakland, CA 94612
11 Telephone:    (510) 238-1400
   Facsimile:     (510) 238-1404
12 rjarvis@jarvisfay.com
13 bfay@jarvisfay.com

14 Attorneys for Defendant
   CITY OF EAST PALO ALTO
15

16                **UNITED STATES DISTRICT COURT**

17                **NORTHERN DISTRICT OF CALIFORNIA**

18
   | | |
   |---|---|
   | PALO MOBILE ESTATES ASSOCIATES, a California limited partnership, | CASE NO:   C 07-03601 PJH |
   | Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [~~PROPOSED~~] ORDER** |
   | v. | |
   | CITY OF EAST PALO ALTO, a municipal corporation; DOES 1 through 10, inclusive, | Superior Court Action Filed: June 12, 2007<br>Removed to Federal Court: July 12, 2007<br>Trial Date: None Set |
   | Defendants. | |

27       WHEREAS, at the Case Management Conference on December 6, 2007, the Court stayed this
28 matter at the request of both parties pending the outcome of the concurrent petition for a writ of

---

Stipulation and Order to Continue Case Management Conference         1         Case No. C 07-03601 PJH

1  mandate in the San Mateo County Superior Court, Case No. CIV 467731, ("State Court Action") and
2  continued the Case Management Conference to April 17, 2008;
3      WHEREAS, a hearing on the writ in the State Court Action was heard on April 11, 2008, but
4  because a decision was not issued by the San Mateo County Superior Court this Court continued the
5  Case Management Conference to June 26, 2008;
6      WHEREAS, on May 28, 2008, the San Mateo County Superior Court issued a tentative
7  decision that would order the issuance of a preemptory writ of mandate that would direct the City of
8  East Palo Alto to repeal certain portions of the ordinance that has been challenged in both the State
9  Court Action and this action;
10     WHEREAS, the next step in the State Court Action will be the issuance of a Statement of
11 Decision, followed by a Judgment, and then a Writ;
12     WHEREAS, following the service of Notice of Entry of the Judgment in the State Court
13 Action, either party will have 60 days to file a Notice of Appeal of the judgment.
14     THEREFORE, the Plaintiff PALO MOBILE ESTATES ASSOCIATES and the Defendant
15 CITY OF EAST PALO ALTO hereby stipulate and respectfully request through their respective
16 counsel that the stay in this action be continued and that the Case Management Conference currently
17 scheduled for June 26, 2008 at 2:30 p.m. be continued to October 16, 2008 at 2:30 p.m and that a
18 further Case Management Conference Statement shall be filed by October 9, 2008.
19     IT IS SO STIPULATED:
20 Dated:  June 11, 2008                GILCHRIST & RUTTER
21
22                                      By:    /s/ Thomas W. Casparian
                                              Thomas W. Casparian
23                                      Attorneys for Plaintiff
                                        PALO MOBILE ESTATES ASSOCIATES
24
25 Dated:  June 11, 2008                JARVIS, FAY & DOPORTO, LLP
26
                                        By:    /s/ Benjamin P. Fay
27                                             Benjamin P. Fay
                                        Attorneys for Defendant
28                                      CITY OF EAST PALO ALTO

1  **ORDER**

2  PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

3  The Case Management Conference in this case that is currently set for June 26, 2008 at

4  2:30 p.m. shall be rescheduled to October ~~16,~~ 2, 2008 at 2:30 p.m.

5  A Case Management Conference Statement shall be filed by ~~October 9~~ September 25, 2008.

6

7  DATED: __6/16/08_____          _____

8                                       Hon. Phyllis J. Hamilton
                                        JUDGE OF
9                                       DISTRICT



IT IS SO ORDERED

Judge Phyllis J. Hamilton