1  Valerie J. Armento, SBN: 78717
   Interim City Attorney
2  Rafael E. Alvarado, Jr., SBN: 247904
   Assistant City Attorney
3  CITY OF EAST PALO ALTO
   2415 University Avenue
4  East Palo Alto, CA 94303
   Telephone:  (650) 853-3100
5  Facsimile:   (650) 853-5923
   ralvarado@cityofepa.org
6
   Benjamin P. Fay, SBN: 178856
7  Rick W. Jarvis, SBN: 154479
   JARVIS, FAY, DOPORTO & GIBSON, LLP
8  475 - 14th Street, Suite 260
   Oakland, CA 94612
9  Telephone:  (510) 238-1400
   Facsimile:   (510) 238-1404
10 bfay@jarvisfay.com
   rjarvis@jarvisfay.com
11
   Attorneys for Defendant
12 CITY OF EAST PALO ALTO

13

14                  **UNITED STATES DISTRICT COURT**

15                 **NORTHERN DISTRICT OF CALIFORNIA**

16

17  PALO MOBILE ESTATES ASSOCIATES, a )    CASE NO:    C 07-03601 PJH
    California limited partnership,                        )
18                                                          )
                      Plaintiff,                            )
19                                                          )
    v.                                                      )    **NOTICE OF CHANGE OF FIRM**
20                                                          )    **NAME**
    CITY OF EAST PALO ALTO, a municipal          )
21  corporation; DOES 1 through 10, inclusive,    )    Superior Court Action Filed: June 12, 2007
                                                            )    Removed to Federal Court: July 12, 2007
22                    Defendants.                       )    Trial Date: None Set
                                                            )
23

24

25        PLEASE TAKE NOTICE that effective July 16, 2008, the law firm of  JARVIS, FAY &

26  DOPORTO, LLP, attorneys of record for Defendant CITY OF EAST PALO ALTO, a municipal

27  corporation, has changed its name as follows:

28          JARVIS, FAY, DOPORTO & GIBSON, LLP

---

1       The firm's address and phone number will remain the same:

2             475 - 14th Street, Suite 260
            Oakland, California 94612
3             Telephone: (510) 238-1400
            Facsimile:  (510) 238-1404

4

5

6 Dated: July 16, 2008             JARVIS, FAY, DOPORTO & GIBSON, LLP

7

8                     By:_____/s/Benjamin P. Fay_____
                                Benjamin P. Fay
9                     Attorneys for Defendant
                    CITY OF EAST PALO ALTO

10

J:\Administration\Firm Name Change (2008)\East Palo Alto - Palo Mobile (Federal) - Notice of Change of Firm Name.wpd

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28